# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): MERCADO- RIVERA, CARLOS A.

USDC-PR Bar Number: 211904

Email Address: CAMERCADO@MERCADORIVERALAW.COM

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff: JOSE A. RAMIREZ DE ARELLANO

   Defendant: FEDERAL AVIATION ADMINISTRATION

2. Indicate the category to which this case belongs:
   - [ ] Ordinary Civil Case
   - [ ] Social Security
   - [ ] Banking
   - [x] Injunction

3. Indicate the title and number of related cases (if any).
   NONE

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?
   - [ ] Yes
   - [x] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?
   - [ ] Yes
   - [x] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)
   - [ ] Yes
   - [x] No

Date Submitted: 06-20-2019

rev. Dec. 2009

[Print Form] [Reset Form]